# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

Eastern District of Kentucky
**FILED**

MAY 22 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                     INDICTMENT NO. *6:25-CR-52-REW*

**JOHN EVERETT CARR**          * * * * *

**THE GRAND JURY CHARGES:**

## COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about November 7, 2023, in Knox County, in the Eastern District of Kentucky,

### JOHN EVERETT CARR

did knowingly and intentionally possess with the intent to distribute controlled substances, including a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about November 7, 2023, in Knox County, in the Eastern District of Kentucky,

**JOHN EVERETT CARR,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Hi-Point, Model 1095, 10mm rifle bearing the serial number M08853, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1.      By virtue of the commission of the felony offenses alleged in Count 1 of the Indictment, **JOHN EVERETT CARR** shall forfeit to the United States any and all property used. or intending to be used. to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **JOHN EVERETT CARR** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.      By virtue of the commission of the offense alleged in Count 2 of the Indictment, **JOHN EVERETT CARR** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. § 922. Any and all interest that  have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3.      The property to be forfeited includes, but is not limited to, the following items seized from  on or about November 7, 2023:

## FIREARMS AND AMMUNITION:

    a.  Hi-Point, model 1095, 10mm rifle bearing the serial number M08853

    b.  All associated ammunition and accessories.

4.    If any of the property listed above, as a result of any act or omission of the

Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been

transferred or sold to, or deposited with, a third party; (C) has been placed beyond the

jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been

commingled with other property which cannot be divided without difficulty, the United

States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

**FOREPERSON**

PAUL C. McCAFFREY
**ACTING UNITED STATES ATTORNEY**

## <u>PENALTIES</u>

**<u>COUNT 1:</u>** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If prior felony drug conviction:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**<u>COUNT 2:</u>** Not more than 15 years imprisonment, not more than a $250,000 fine and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.